UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAPITAL CONSULTING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PRESTIGE GLOBAL TRADING, LTD., PETER BAKER, JAYAT PRAMOD KANETKAR, and GUARANTEED INVESTIGATIONS, INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-00724-ELR |

## J U D G M E N T

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, it is

**Ordered and Adjudged** that this action be **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia this 7th day of November, 2017.

            JAMES N. HATTEN
            CLERK OF COURT


            By: *s/ Charlotte Diggs*
                Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
 November 7, 2017
James N. Hatten
Clerk of Court

By: *s/ Charlotte Diggs*
    Deputy Clerk